JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PEDRO ALONSO GONZALES,    ) Case No. CV 10-2903-DSF (SP)
                          )
            Plaintiff,    )
                          )
        v.                )        **JUDGMENT**
                          )
ROBERT AYRES, et al.,     )
                          )
            Defendants.   )
                          )

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

        12/6/11

Dated: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE